ACCEPTED
03-14-00197-CV
4937426
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/17/2015 2:57:53 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00197-CV

_____

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/17/2015 2:57:53 PM
JEFFREY D. KYLE
Clerk

IN THE COURT OF APPEALS
THIRD JUDICIAL DISTRICT OF TEXAS
AT AUSTIN

_____

**GRAPHIC PACKAGING CORPORATION,**
*Appellant*

**v.**

**GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS; AND KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS,**
*Appellees.*

_____

**UNOPPOSED MOTION OF RESIDENT PRACTICING ATTORNEY IN SUPPORT OF UNOPOOSED MOTION OF NON-RESIDENT ATTORNEY, EDWIN P. ANTOLIN, FOR ADMISSION *PRO HAC VICE***

_____

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to the Rules Governing Admission to the Bar of Texas, Rule XIX, the applicable statutory provisions found in Texas Government Code Section 82.001, *et seq.*, Texas Rule of Appellate Procedure 10.5, and Local Practice 16, James Martens ("Movant") files this Motion of Resident Practicing Attorney in Support the Unopposed Motion of Non-Resident Attorney for Admission *Pro Hac*

1

*Vice* to appear on behalf of Graphic Packaging Corporation ("Graphic Packaging"). In support of this Motion, Applicant states as follows:

1.    Movant is an active member in good standing of the Texas State Bar. James F. Martens' State Bar Number is 13050720. Mr. Martens is a licensed attorney who practices with the law firm of Martens, Todd, Leonard, Taylor & Ahlrich, 301 Congress Avenue, Suite 1950, Austin, Texas 78701, telephone (512) 542-9898, facsimile (512) 542-9899.

2.    Edwin Antolin ("Applicant") has sought permission to appear *pro hac vice* as co-counsel for Appellant Graphic Packaging Corporation in the above-entitled and numbered proceeding before this Court. Applicant will be associated with Movant in this proceeding.

3.    Movant finds that Edwin Antolin, who is an active member in good standing with the State of California, to be a reputable attorney, and recommends that he be granted permission to participate in this proceeding.

4.    Appellees are unopposed to Applicant's Motion for Admission Pro Hac Vice and this Motion in support of the same.

WHEREFORE, James Martens respectfully requests that the Court grant Applicant's motion, and enter an order allowing Edwin Antolin participate as one of the attorneys for Appellant Graphic Packaging Corporation in the above-entitled and numbered proceeding before this Court.

2

Respectfully submitted,

**MARTENS, TODD, LEONARD, TAYLOR & AHLRICH**
301 Congress Ave., Suite 1950
Austin, Texas 78701
Telephone: (512) 542-9898
Telecopier: (512) 542-9899

By: */s/ James F. Martens*
   James F. Martens
   jmartens@textaxlaw.com
   State Bar No. 13050720
   Amanda G. Taylor
   ataylor@textaxlaw.com
   State Bar No. 24045921
   Lacy L. Leonard
   lleonard@textaxlaw.com
   State Bar No. 24040561
   Danielle V. Ahlrich
   dahlrich@textaxlaw.com
   State Bar No. 24059215

ATTORNEYS FOR APPELLANT

## **CERTIFICATE OF CONFERENCE**

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that counsel for Appellant has conferred with counsel for Appellee, Mr. Rance Craft, about the merits of this Motion and the underlying Motion for Admission Pro Hac Vice filed by Edwin P. Antolin on April 17, 2015. Mr. Craft does not oppose either Motion.

*/s/ James F. Martens*
James F. Martens

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Unopposed Motion for Admission Pro Hac Vice has been electronically filed and served on all counsel below on April 17, 2015.

Rance Craft
Assistant Solicitor General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-2872
(512) 474-2697 [fax]
rance.craft@texasattorneygeneral.gov

Cynthia A. Morales
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL,
FINANCIAL AND TAX LITIGATION DIVISION,
P.O. Box 12548
Austin, Texas 78711
(512) 463-8897
(512) 477-2348 [fax]
cynthia.morales@texasattorneygeneral.gov

*/s/ James F. Martens*
James F. Martens